UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                 Date 12/3/24

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: DIANE DiTizii

DEPUTY CLERK: Amy Andersonn

Docket No. 24-CR-407(MCA)

Title of Case: U.S.A. v. TIMOTHY BOGEN, et al.

Appearances:    Jessica Ecker AUSA, for the Government
Katherine Romano AUSA, for the Government
Michael Rubas, Esq., for defendant TIMOTHY BOGEN
Sarah Sulkowski, Esq., for defendant KEVIN FRINK
Julian Wilsey, Esq., for defendant DION JACOB
John McMahon, Esq., for defendant QUINTON JOHNSON
Sarah Stewart, Esq., for defendant DAVID LONERGAN
Michael Calabro, Esq., for defendant DAVID MCBRIEN
Marjan Moussavian, Esq., for defendant GREGORY RICHARDSON
Michael Chazen, Esq., for defendant MICHAEL TOAL
Michael Rosas, Esq., for defendant DAMANY WALKER

**Nature of Proceeding: Status Conference**

Counsel all waived their client's appearance.
Schedule set as follows:
Motions due 3/1/25; opposition 4/1/25; response 4/15/25.
Oral argument 5/21/25 at 2:00 p.m.
Government to submit proposed Order.

Time Commenced   3:30 p.m.                           Time Adjourned 3:45 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk